UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-429 |
| | : | |
| v. | : | Hon. Katharine S. Hayden, |
| | : | United States District Judge |
| RASHEED MUSTAPHA | : | |
| | : | <u>Detention Order</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Mark E. Coyne, Assistant United States Attorney, appearing), in the presence of John A. Azzarello, Esq., attorney for defendant Rasheed Mustapha, for an order pursuant to 18 U.S.C. § 3142(e) detaining defendant Mustapha without bail pending trial in this case, and the Court having held a hearing thereon on February 16, 2012, the Court makes the following findings:

1. defendant Mustapha faces severe penalties in the event he is convicted as charged;

2. defendant Mustapha is a citizen of Nigeria, and has significant ties to that country, having just been extradited from there and admitted into the United States for the sole purpose of addressing the charges against him in this case;

3. defendant Mustapha and his co-conspirators obtained substantial cash proceeds from their scheme during 2006 and 2007, which money has not all been located or accounted for;

4. there is a serious risk that defendant Mustapha will flee, in light of the substantial penalties he faces if convicted; and

5.  having considered the factors set forth in 18 U.S.C. § 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Mustapha as required.

IT IS, therefore, on this 21st day of February, 2012, ordered that defendant Mustapha:

1.  pursuant to 18 U.S.C. § 3142, be committed to the custody of the Attorney General or his authorized representative pending trial;
2.  pursuant to 18 U.S.C. § 3142, be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
3.  pursuant to 18 U.S.C. § 3142(i), be afforded reasonable opportunity for private consultations with counsel;
4.  pursuant to 18 U.S.C. § 3142(i), be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States.

It is further ordered that the motion of the United States to detain defendant Mustapha without bail pending trial is hereby granted, and he is hereby ordered detained pending trial in this case.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE