# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America

v.

Rasheed Mustapha

Crim. No. 08-429 (KSH)

**ORDER**

The government having moved for reconsideration [D.E. 95] of the Court's sentence; the Court having set down a hearing to consider documents the government filed in support, specifically, certain FBI 302s; the Court finding after argument that said documents do not provide a basis for reconsideration; and good cause appearing,

**IT IS** on this 12th day of March, 2013,

**ORDERED** that the government's motion for reconsideration is **denied**.

/s/ Katharine S. Hayden  
Katharine S. Hayden, U.S.D.J.